# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

GIORGIO GORI USA, INC.,

        PLAINTIFF,

V.

M/V "MAERSK MESSOLOGI", her engines, boilers, etc. and A.P. MOLLER-MAERSK A/S d/b/a MAERSK LINE,

        DEFENDANT.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: '08 CIV 5984

TO: (Name and address of defendant)

    A.P. MOLLER-MAERSK A/S d/b/a MAERSK LINE
    c/o MAERSK, INC.
    2 GIRALDA FARMS
    MADISON, NJ  07940

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    McDERMOTT & RADZIK, LLP
    WALL STREET PLAZA
    88 PINE STREET
    NEW YORK, NEW YORK  10005

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUL 0 1 2008

CLERK

(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | July 15th, 2008 |
| NAME OF SERVER (PRINT)<br>DANIEL KNIGHT | TITLE<br>PROCESS SERVER |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: /A.P. MOLLER-MAERSK, A/S d/b/a MAERSK LINE 2 Giralda Farms, Madison, NJ 07940 c/o Maersk, Inc., at 3:41 P.M.

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: James Wang, Claims Dept.

[ ] Returned unexecuted: _____

[X] Other (specify): Description of James Wang: male, yellow, black hair, 6'2", 220 lbs., 36 years of age

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 16th, 2008
            Date

Signature of Server
DANIEL KNIGHT
233 Broadway
New York, NY 10279
Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.